FILED

JUN 0 5 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. W15-747M |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | [Count One: 18 U.S.C. §§7(3) & 641 – |
| v. ) | Theft of Government Property] |
| ) | |
| FREDERICK I. FRICK ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C §§7(3) and 641]

On or about December 24, 2014, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

FREDERICK I. FRICK

did embezzle, steal, purloin, and knowingly convert to his use and the use of another, property of the United States having a value not exceeding $1,000, to wit: property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code, Sections 7(3) and 641.

RICHARD L. DURBIN, JR.
Acting United States Attorney

By: _____
J. PATRICK ROBINSON
Special Assistant United States Attorney