# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | Case Number: WA:15-M-00747(1) |
| (1) FREDERICK I. FRICK<br>*Defendant* | §<br>§<br>§ | |

### O R D E R

Came on to be considered the Defendant's Motion for Continuance. The Court, having considered said motion, is of the opinion that it is meritorious and should be granted.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice which will be served by allowing the Defendant additional time in which to prepare this case outweigh the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7). Thus, the Court finds that the time between 8/14/2015 and 09/11/2015, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h). Accordingly, it is

ORDERED that the Defendant's Motion for Continuance is

GRANTED.  The time between 8/14/2015 and 09/11/2015, is hereby excluded from the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) in accordance with the above provisions.  It is further

ORDERED that the above styled and numbered case be continued until 09/11/2015 @ 9:00 a.m. for ARRAIGNMENT.

SIGNED this the 7th day of August, 2015.

_____
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE